AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Beta Soft Systems, Inc. <br> *Plaintiff* <br> v. <br> Modis, Inc., d/b/a Modis IT, Inc. <br> *Defendant* | ) ) ) ) ) | Case No. 3:14-cv-5169 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Beta Soft Systems, Inc.

Date: 11/21/2014

/s/ Harmeet K. Dhillon
*Attorney's signature*

Harmeet K. Dhillon, SBN 207873
*Printed name and bar number*

Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, CA 94108

*Address*

harmeet@dhillonlaw.com
*E-mail address*

(415) 433-1700
*Telephone number*

(415) 520-6593
*FAX number*