Krista Shoquist, Bar No: 264600  (415) 433-1700
Dhillon Law Group Inc.
177 Post Street
San Francisco, CA  94108

Representing: Plaintiff          File No.none

United States District Court, Northern District of California

Northern District of California - District - San Francisco

Beta Soft Systems, Inc.

        Plaintiff/Petitioner

        vs.

Modis Inc.

        Defendant/Respondent

Case No: 3:14-CV-5169

Proof of Service of:
See Attached List

**By Fax**

Service on:
    MODIS, INC., d/b/a MODIS IT, INC., a Florida corporation

Hearing Date:
Hearing Time:
Div/Dept:

PROOF OF SERVICE

OL# 7368124

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Krista Shoquist, 264600<br>Dhillon Law Group Inc.<br>177 Post Street<br>San Francisco, CA 94108 | (415) 433-1700 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:

Beta Soft Systems, Inc.

DEFENDANT:

Modis Inc.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>3:14-CV-5169 |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
See Attached List

**By Fax**

2. Party Served: MODIS, INC., d/b/a MODIS IT, INC., a Florida corporation

3. Person Served: CT Corporation - Kirstin Edralin - Person authorized to accept service of process

4. Date & Time of Delivery: 12/3/2014 2:50 PM

5. Address, City and State: 818 West Seventh Street 2nd Floor
Los Angeles, CA 90017

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 37.95

Registered California process server.
County: LOS ANGELES
Registration No.: 4553

Jimmy Lizama
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 12/4/2014 at Los Angeles, California.

Signature: _____
Jimmy Lizama

ATTACHED LIST

Complaint

Civil Case Cover Sheet

Order Reassigning Case

Summons

Clerk's Notice Setting CMC

All Judges Standing Orders

Notice of a Lawsuit and Rqst to Waive Service of Summons

Wavier of Service of Summons

Bench Trial Standing Order

Filing Procedures SF

ECF Registration Info

Initial Case Management Standing Order

Jury Trial Standing Order

Notice of Available of Magistrate Judge