Paul J. Byrne (SBN 190860)
Brian S. Healy (SBN 112371)
**CORNERSTONE LAW GROUP**
575 Market Street, Suite 3050
San Francisco, California 94105
(415) 357-2094 tel
(415) 974-6433 fax
pbyrne@cornerlaw.com
byhealy@cornerlaw.com

Attorneys for Defendant
MODIS, INC.

HARMEET K. DHILLON (SBN: 207872)
Harmeet@dhillonlaw.com
KRISTA L. BAUGHMAN, ESQ. (SBN: 264600)
kbaughman@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiff
Beta Soft Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BETA SOFT SYSTEMS, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>MODIS, INC., d/b/a MODIS IT, INC., a Florida corporation;<br><br>Defendants. | No. 3:14-cv-5169-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING PRE-TRIAL DEADLINES**<br><br>Complaint Filed:   November 21, 2014<br>Trial Date:            February 22, 2016 |

The Parties previously stipulated to, and obtained from the Court, a first extension of the deadline to designate experts, until August 20, 2015 (Docket 27). In light of the anticipated second mediation, which is expected to take place within the next few weeks, the Parties stipulate to and request extensions of the following pre-trial deadlines originally scheduled by the Court (Docket 21; Docket 27):

- An extension of the deadline to designate experts, currently set for August 20, 2015, until September 11, 2015;
- An extension of the deadline to designate supplemental and rebuttal experts, currently set for August 27, 2015, until October 1, 2015;
- An extension of the deadline to complete all discovery of expert witnesses pursuant to FRCP 26(b)(4), and to complete all non-expert discovery, currently set for September 14, 2015, until October 23, 2015;
- An extension of the deadline to hear all pretrial motions, currently set for October 15, 2015, until November 19, 2015.

The Parties request that the pre-trial conference and trial dates originally scheduled for January 28, 2016, and February 22, 2016, respectively, remain unchanged.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Date: August 13, 2015                    DHILLON LAW GROUP INC.


                                         By:   /s/ Krista L. Baughman
                                               Harmeet K. Dhillon
                                               Krista L. Baughman
                                               Attorneys for Plaintiff Beta Soft Systems, Inc.

Date: August 13, 2015                           CORNERSTONE LAW GROUP


                                      By:  /s/ Paul J Byrne
                                           _____
                                           Paul J. Byrne
                                           Brian S. Healy
                                           Attorneys for Defendant
                                           MODIS, INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:  __8/13/15_____        _____
                                            United States District Judge

PRE-TRIAL DEADLINES  (CASE NO. 3:14-CV-5169-RS)**